No. 11, October Term, 1956. United States Gypsum Co. v. National Gypsum Co. et al., 352 U. S. 457. The motion of appellant for recall and modification of the judgment is denied without prejudice to the Solicitor General moving to dissolve the three-judge district court. Mr. Justice Clark took no part in the consideration or decision of this motion. *Bruce Bromley, Cranston Spray, Robert C. Keck, John D. Calhoun* and *Hugh Lynch, Jr.* for appellant-movant. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston* and *Edward Knuff* for the United States, and *Samuel I. Rosenman, Elmer E. Finck, Seymour D. Lewis, Malcolm A. Hoffmann and Seymour Krieger* for the National Gypsum Co., appellees.

No. 254. Comfy Manufacturing Co. et al. v. United States, 355 U. S. 5. The motion of appellants for modification of the judgment is denied. Petition for rehearing denied. *Robert L. Wright* and *Milton M. Gottesman* for appellants-movants. *Solicitor General Rankin* for the United States.

No. 283. Chow Bing Kew v. United States, 355 U. S. 889. The motion to stay the issuance of the order denying certiorari is denied. *Archibald M. Mull, Jr., Forrest E. Macomber* and *Kenneth G. McGilvray* for petitioner-movant.